# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH LAUFER,<br>    Plaintiff,<br><br>        v.<br><br>WILLOWS MOTEL, LLC.,<br>    Defendant, | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:20-30072-MGM<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, U.S.D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the Plaintiff Deborah Laufer, pursuant to electronic order entered this day, ordering judgment for Plaintiff.

                            **ROBERT M. FARRELL**,
                            CLERK OF COURT

Dated May 23, 2022        By /s/ *Michael Zamorski*
                              Michael Zamorski
                              Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                [jgm.]